# EXHIBIT 1



MICHAEL R. MCDONALD
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4827 Fax: (973) 639-6295
mmcdonald@gibbonslaw.com

March 5, 2018

**VIA eCOURTS**

Clerk of the Superior Court of New Jersey
Union County, Courthouse
2 Broad Street
Elizabeth, New Jersey 07201:

> Re:  **Kiley v. Tumino's Towing, Inc., et al.**
>      **Docket No.  UNN-L-000399-18**

Dear Sir or Madam:

This law firm represents Defendants Tumino's Towing, Inc. and John Tumino in the above-referenced matter.  I enclose herewith for e-filing a Notice of Filing Notice of Removal of this matter to the United States District Court for the District of New Jersey.  Please charge our account number 0018800 (our internal number is 109951-97938) for any fees associated with this filing.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Michael R. McDonald

MRM/mmm
Enclosures

cc:  Matthew S. Oorbeek, Esq. (w/enclosures, via email & regular mail)
     Edwyn D. Macelus, Esq. (w/enclosures, via email & regular mail)